UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN RANDALL JONES | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00493-SDJ-AGD |
| | § | |
| ANDREW J. PASSONS, ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 14, 2025, the Magistrate Judge entered a Report, (Dkt. #15), recommending that *pro se* Plaintiff Justin Randall Jones's claims be dismissed without prejudice for lack of subject matter jurisdiction. On May 23, 2025, Plaintiff filed an objection to the Report (Dkt. #21).

Having received the Report of the Magistrate Judge, (Dkt. #15), Plaintiff's objection, (Dkt. #21), and all other relevant filings, and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Justin Randall Jones's claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 2nd day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE